Label Matrix for local noticing
0540-4
Case 22-41137
Eastern District of Texas
Sherman
Fri Sep 2 12:27:14 CDT 2022

Du Hui Ting
c/o Cai Hua 2-2-202
2-1-202 Shimao Aolin Garden No 1 Qinglin
Chaoyang District, Beijing China

Fan Xiaomin Jing Shi
E-8D, Huating Jiayuan No 6
Beisihuan Zhonglu
Chaoyang District, Beijing, China

Fei Gao
No.65, Xisi
Bei'ertiao,
Xicheng District,
Beijing, China

Fu Hanjiang
1-1-201 Yaojiang Fucum
Shangcheng District
Hangzhou, Zhejiang, China

Fuqing Chen
5 Yi -808, Qianhe Garden,
No.108 Beisihuan Donglu,
Chaoyang District, Beijing, China

Guoqin Zhou
22-2, Xinda Yinjun Xiangyuan,
No.777 Xijiao Rd.,Yuecheng District,
Shaoxing City, Zhejiang Province, China

HR Sterling
13901 Midway Raod
Suite 102
Dallas, TX 75244-4388

Hairuo Yang c/o Hairuo Yang
9-1302, Lane 100, Yushan Road,
Pudong District, Shanghai, China

He Dian Hong Ina
c/o Zhu Xiangdong, 2-8-1705
Lvdi Haiwaitan Garden, Yunfei Road
Jiangbei District, Ningbo, Zhejiang,
China

Jiaxiang Lu.
Zone 1-196, Luojiazhuang Xiyuan,
Wenxin Community, Xihu District,
Hangzhou, Zhejiang, China

Jun Cai
c/o Zhu Xiangdong, 2-8-1705
Lvdi Haiwaitan Garden, Yunfei Road
Jiangbei District, Ningbo Zhejiang China

Larry Martin
3069 Waterside Circle
Boynton Beach, FL 33435-6401

Li Hongsheng
c/o Ding Fang, No. 2. Lane 218
Xiuyan Xi Road, Pudong
Shanghai, China

Li Huijun c/o Sun Nanjin
Room 1804, Block 11, Hanlinyuan,
608 Linquan St.
Suzhou Industrial Park,Jiangsu China.

Eric A Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

Luo Ai Guo
2-2-1401, Xiyuan Jialvjingyuan
Dongxiyuan, Xihu District
Hangzhou, Zhejiang, China

Qin Chu
No.13 Plant Building,No 8 Hangdu Rd.,
DamaiwanIndustrial District,Hangtou Town
Pudong New Area,Shanghai,China

Ruiling Xiao
1-5-101, No.89,
Beisihuan Donglu,
Chaoyang District, Beijing, China

Song Jia Yu c/o Cai Hua
2-1-202,Shimao Aolin Garden,
No 1 Qinglin Rd.,
Chao yang District,Beijing, China

Steve Metzger
3626 N Hall Street
Suite 800
Dallas, TX 75219-5133

Tang Di Ina
F05-05C,Fenglin Lvzhou,Datun Rd,
Chaoyang District,Beijing, China

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

Vance McMurray
508 W. Lookout Drive
Ste. 17-74
Richardson, TX 75080-2176

WALL017, LLC
3926 Vista Woods Drive
Carrollton, TX 75007-2428

Wang Baohu
c/o Ding Fang, No. 2. Lane 218
Xiuyan Xi Road, Poudong
Shanghai, China

Wang Yun
c/o Ding Fang, No2, Lane 218
Xiuyan Xi Road, Poudong
Shanghai, China

Wanj ia Sun Tulsa
E908414012-1-202,Shimao Aolin Garden,
No 1 Qinglin
Road,
Chaoyang District,Beijing, China

Xiaomin Fan
E-8D, Huating Jiayuan,
No. 6 Beisihuan Zhonglu,
Chaoyang District, Beijing, China

Xu Chao
6A-1203 Nuode Int'l Quanhai-Yanhu Lukou
Nanshan District
Shenzhen, Guangdong, China

Xu Hai Long c/o Cai Hua
2-1-202,Shimao Aolin Garden,
No 1 Qinglin
Road,
Chaoyang District,Beij ing, China

Yang Hairuo
9-1302, Lane 100, Yushan Road,
Pudong District, Shanghai, China

Yi Qu
F/6 South Building, Suyue Plaza,
Suzhou Industrial Park, Suzhou City,
Jiangsu Province, China

Ying Wai
13-3-502, Yuefu Jiangnan,
No.Yi-I, $ Y ongding Road,
Haidian District, Beijing, China

Zhangzong
c/o Ding Fang, no 2 Lane 218
Xiuyan Xi Road, Pudong
Shanghai, China

Zhong Guo Feng
2-2-7C, No.9 Beiwa Road,
Haidian District,Beij ing,China

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Fei Gao
No.65, Xisi Bei'ertiao,
Xicheng District, Beijing, China

(u)Jie Fang Lu c/o Zhang Heng.
Rm
503,Building
10,
Yichengmingyuan, BDA
Daxing District,Beijing 10017 6

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 36 |
| Bypassed recipients | 2 |
| Total | 38 |