# INFORMATION FOR THE SECTION 341 MEETING OF CREDITORS

This Section 341 Meeting of Creditors ("Meeting") will be conducted telephonically. The telephone call in number and participant code for the Section 341 Meeting of Creditors ("Meeting") and instructions are set forth below.

**Dial-In Information**:

(1) You must use a touch-tone phone to participate.
(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.
(3) Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.
(4) Make the call from a quiet area where there is as little background noise as possible.
(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute you phone and identify yourself.
(6) When speaking during your case, identify yourself.
(7) Do not put the phone on hold at any time after the call is connected.
(8) If any party is attending the Meeting from the same location as another party, use separate touch-tone phones to participate.
(9) Once the case Meeting is finished, hang up.
(10) If you become disconnected before your Meeting is finished, call back.

| All Chapter 11 Cases Including Cases Electing Subchapter V of Chapter 11 | | | |
|---|---|---|---|
| Presiding Trustee | Participant Code 4489529 | Conference Line – Local (toll) 517-833-3942 | Conference Line (toll free) 877-647-7210 |

| All Chapter 7 Cases | | | |
|---|---|---|---|
| Presiding Chapter 7 Trustee | Participant Code | Conference Line – Local (toll) | Conference Line (toll free) |
| Diane Carter | 2235728 | 210-453-4089 | 866-794-8448 |
| Michelle Chow | 1174871 | 517-224-3223 | 866-541-9301 |
| Chris Moser | 8700433 | 203-607-6584 | 877-934-5488 |
| Linda Payne | 6221451 | 517-268-7095 | 877-900-6448 |
| Mark Weisbart | 6422968 | 203-280-5914 | 877-491-1721 |
| Steve Zayler | 7135484 | 517-600-9814 | 866-621-9429 |

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

(Revised 05/22)

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41137-btr

WALL017, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Sep 02, 2022 Form ID: pdf400 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL017, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8178704 | | Du Hui Ting, c/o Cai Hua 2-2-202, 2-1-202 Shimao Aolin Garden No 1 Qinglin, Chaoyang District, Beijing China |
| 8178705 | | Fan Xiaomin Jing Shi, E-8D, Huating Jiayuan No 6, Beisihuan Zhonglu, Chaoyang District, Beijing, China |
| 8178706 | | Fei Gao, No.65, Xisi Bei'ertiao,, Xicheng District, Beijing, China |
| 8178707 | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District, Hangzhou, Zhejiang, China |
| 8178708 | | Fuqing Chen, 5 Yi -808, Qianhe Garden,, No.108 Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178709 | | Guoqin Zhou, 22-2, Xinda Yinjun Xiangyuan,, No.777 Xijiao Rd.,Yuecheng District,, Shaoxing City, Zhejiang Province, China |
| 8178712 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8178710 | | Hairuo Yang c/o Hairuo Yang, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |
| 8178711 | | He Dian Hong Ina, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo, Zhejiang,, China |
| 8178713 | | Jiaxiang Lu., Zone 1-196, Luojiazhuang Xiyuan,, Wenxin Community, Xihu District,, Hangzhou, Zhejiang, China |
| 8178715 | | Jun Cai, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo Zhejiang China |
| 8178716 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178717 | | Li Hongsheng, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178718 | | Li Huijun c/o Sun Nanjin, Room 1804, Block 11, Hanlinyuan,, 608 Linquan St., Suzhou Industrial Park,Jiangsu China. |
| 8178719 | | Luo Ai Guo, 2-2-1401, Xiyuan Jialvjingyuan, Dongxiyuan, Xihu District, Hangzhou, Zhejiang, China |
| 8178720 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178721 | | Ruiling Xiao, 1-5-101, No.89,, Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178722 | | Song Jia Yu c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin Rd.,, Chao yang District,Beijing, China |
| 8178724 | | Tang Di Ina, F05-05C,Fenglin Lvzhou,Datun Rd,, Chaoyang District,Beijing, China |
| 8178725 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8178726 | | Wang Baohu, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178727 | | Wang Yun, c/o Ding Fang, No2, Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178728 | | Wanj ia Sun Tulsa, E908414012-l-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beijing, China |
| 8178729 | | Xiaomin Fan, E-8D, Huating Jiayuan,, No. 6 Beisihuan Zhonglu,, Chaoyang District, Beijing, China |
| 8178730 | | Xu Chao, 6A-1203 Nuode Int'l Quanhai-Yanhu Lukou, Nanshan District, Shenzhen, Guangdong, China |
| 8178731 | | Xu Hai Long c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beij ing, China |
| 8178732 | | Yang Hairuo, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |
| 8178733 | | Yi Qu, F/6 South Building, Suyue Plaza,, Suzhou Industrial Park, Suzhou City,, Jiangsu Province, China |
| 8178734 | | Ying Wai, 13-3-502, Yuefu Jiangnan,, No.Yi-I, $ Y ongding Road,, Haidian District, Beijing, China |
| 8178735 | | Zhangzong, c/o Ding Fang, no 2 Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178736 | | Zhong Guo Feng, 2-2-7C, No.9 Beiwa Road,, Haidian District,Beij ing,China |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8178723 | + | Email/Text: smetzger@pmklaw.com | Sep 02 2022 23:15:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8178714 | | Jie Fang Lu c/o Zhang Heng., Rm, 503,Building, 10,, Yichengmingyuan, BDA, Daxing District,Beijing 10017 6 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL017 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2