# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
WALL017, LLC
3926 Vista Woods Drive
Carrollton , TX 75007
EIN: 82-2097892
Debtor

Case No. 22-41137 btr
Chapter: 11

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by September 15, 2022.**

Schedules
**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B** - Schedule A/B: Property (non-individuals)
**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements
**B 207** - Statement of Your Financial Affairs (non-individuals)

Chapter 11
**B 204** - The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: September 2, 2022**

**JASON K. MCDONALD**
**CLERK OF THE COURT**

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41137-btr
WALL017, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2
Date Rcvd: Sep 02, 2022 Form ID: pdf400 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL017, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| 8178704 | | Du Hui Ting, c/o Cai Hua 2-2-202, 2-1-202 Shimao Aolin Garden No 1 Qinglin, Chaoyang District, Beijing China |
| 8178705 | | Fan Xiaomin Jing Shi, E-8D, Huating Jiayuan No 6, Beisihuan Zhonglu, Chaoyang District, Beijing, China |
| 8178706 | | Fei Gao, No.65, Xisi Bei'ertiao,, Xicheng District, Beijing, China |
| 8178707 | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District, Hangzhou, Zhejiang, China |
| 8178708 | | Fuqing Chen, 5 Yi -808, Qianhe Garden,, No.108 Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178709 | | Guoqin Zhou, 22-2, Xinda Yinjun Xiangyuan,, No.777 Xijiao Rd.,Yuecheng District,, Shaoxing City, Zhejiang Province, China |
| 8178712 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8178710 | | Hairuo Yang c/o Hairuo Yang, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |
| 8178711 | | He Dian Hong Ina, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo, Zhejiang,, China |
| 8178713 | | Jiaxiang Lu., Zone 1-196, Luojiazhuang Xiyuan,, Wenxin Community, Xihu District,, Hangzhou, Zhejiang, China |
| 8178715 | | Jun Cai, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo Zhejiang China |
| 8178716 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178717 | | Li Hongsheng, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178718 | | Li Huijun c/o Sun Nanjin, Room 1804, Block 11, Hanlinyuan,, 608 Linquan St., Suzhou Industrial Park,Jiangsu China. |
| 8178719 | | Luo Ai Guo, 2-2-1401, Xiyuan Jialvjingyuan, Dongxiyuan, Xihu District, Hangzhou, Zhejiang, China |
| 8178720 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8178721 | | Ruiling Xiao, 1-5-101, No.89,, Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178722 | | Song Jia Yu c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin Rd.,, Chao yang District,Beijing, China |
| 8178724 | | Tang Di Ina, F05-05C,Fenglin Lvzhou,Datun Rd,, Chaoyang District,Beijing, China |
| 8178725 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8178726 | | Wang Baohu, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178727 | | Wang Yun, c/o Ding Fang, No2, Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178728 | | Wanj ia Sun Tulsa, E908414012-l-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beijing, China |
| 8178729 | | Xiaomin Fan, E-8D, Huating Jiayuan,, No. 6 Beisihuan Zhonglu,, Chaoyang District, Beijing, China |
| 8178730 | | Xu Chao, 6A-1203 Nuode Int'l Quanhai-Yanhu Lukou, Nanshan District, Shenzhen, Guangdong, China |
| 8178731 | | Xu Hai Long c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beij ing, China |
| 8178732 | | Yang Hairuo, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |
| 8178733 | | Yi Qu, F/6 South Building, Suyue Plaza,, Suzhou Industrial Park, Suzhou City,, Jiangsu Province, China |
| 8178734 | | Ying Wai, 13-3-502, Yuefu Jiangnan,, No.Yi-I, $ Y ongding Road,, Haidian District, Beijing, China |
| 8178735 | | Zhangzong, c/o Ding Fang, no 2 Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178736 | | Zhong Guo Feng, 2-2-7C, No.9 Beiwa Road,, Haidian District,Beij ing,China |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8178723 | + | Email/Text: smetzger@pmklaw.com | Sep 02 2022 23:15:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8178714 | | Jie Fang Lu c/o Zhang Heng., Rm, 503,Building, 10,, Yichengmingyuan, BDA, Daxing District,Beijing 10017 6 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL017 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2