EOD
09/26/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WALL017, LLC | § | Case no.22-41137 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

ORDER ON
APPLICATION FOR AUTHORITY
TO EMPLOY COUNSEL FOR DEBTOR

Came on this day the Application for Authority to Employ Counsel for Debtor. The Court having reviewed the pleadings and heard argument of counsel is of the opinion for the reasons set forth in open Court, that said Application should be granted. It is accordingly,

ORDERED, ADJUDGED, and DECREED that Eric A. Liepins and the law firm of Eric A. Liepins, P.C., are hereby approved as counsel of record for the Debtor effective as of September 1, 2022.

Signed on 9/26/2022

Brenda T. Rhoades MD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Texas

In re:
WALL017, LLC
Debtor

Case No. 22-41137-btr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 2

Date Rcvd: Sep 26, 2022 Form ID: pdf400 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL017, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Fei Gao, No. 65, Xisl Bei'ertiao, Xicheng District, Beijing, China |
| cr | | Fuqing Chen, 5 Yi-808, Qianhe Gardent, No. 108 Beisihuan Donglu, Chaoyang District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Guogin Zhou, 22-2, Xinda Yinjun Xiangyuan, No. 777 Xijao Rd., Yuecheng District, Shaoxing City, Zhejiang Province, China |
| cr | | Hairuo Yang, c/o Hairuo Yang, 9-1302, Lane 100, Yushan Road, Pudong District, Shanghai, China |
| cr | | Jiaxiang Lu, Zone 1-196, Luozjizhuang Xiyuan, Wenxin Community, Xihu District, Hangzhou, Zhejiang, China |
| cr | | Li Huijun, c/o Sun Nanjin, Room 1804, Block 11 Hanlinyuan, 608 Linquan St., Suzhou Industrial Park, Jiangsu China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Qin Chu, No. 13 Plant Builiding, 8 Hangdu Rd.,, Damaiwan Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Ruiling Xiao, 1-5-101, No. 89, Beisihuan Donglu, Chaoyang District, Beijing, China |
| cr | | Song Jia Yu, c/o Cal Hua, 2-1-202 Shimao Aolin Garde, No. 1 Qinglin Rd., Chao Yang District, Beijing, China |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Tang Di Ina, F05-05C, Fenglin Lyzhou, Daturn Rd., Chaoyang District, Beijing, China |
| cr | | Wanj ia Sun Tulsa, E908414012-I-022 Shimao Aolin Garden, No. 1 Qinglin Road, Chaoyang District, Beijing, China |
| cr | | Xiaomin Zen, E-8D, Huating Jiayan, No. 6 Beisihuan Zhonghu, Chaoyang District, Beijing China |
| cr | | Xu Hai Long, c/o Cal Hua, 2-1-202, Shimao Aolin Garden, No. 1 Qinglin Road, Chaoyang District, Beijing China |
| cr | | Yang Hairuo, 9-1302, No. 100 Lane, Yushan Rd., Pudong District, Shanghai, China |
| cr | | Ying Wai, 13-5-502 Yuefu Jiangman, Ongding Road, Haidan District, Beijing, China |
| cr | | Zhong Guo Feng, 2-2-7C, No. 9 Beiwa Road, Haidian District, Beijing, China |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Jie Fang Lu, c/o Zhang Heing, Rm. 503, Building 10, Yichengmingyuan BDA, Daxing District, Beijing 10017 + |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL017 LLC eric@ealpc.com, martha@ealpc.com;r56883@notify.bestcase.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Sun Yun wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com |

TOTAL: 6