IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*

Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*

C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

______________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge