IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| WALL007, LLC | § | |
| WALL009, LLC | § | Case No. 22-41049 |
| WALL010, LLC | § | |
| WALL011, LLC | § | |
| WALL012, LLC | § | |
| WALL016, LLC | § | (Jointly Administered) |
| WALL017, LLC | § | |
| WALL018, LLC | § | |
| WALL019, LLC | § | |
| SEAGOVILLE FARMS, LLC | § | |
| | § | |
| Debtors. | § | |

**AGREED ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO DISMISS**

Came on for consideration the United States Trustee's Motion to Dismiss, or for the Appointment of a Chapter 11 Trustee, or Other Relief ("U.S. Trustee's Motion") filed in the above-numbered and captioned administratively consolidated bankruptcy cases ("Cases"). The parties signing below agree to resolve the U.S. Trustee's Motion by this Agreed Order. The Court finds that the Motion was properly noticed and after consideration of the agreement of the parties evidenced by the signatures below, applicable papers, argument, and law, concludes that the Motion should be granted. Accordingly, it is hereby:

ORDERED that Cases are hereby dismissed with prejudice to re-filing under any chapter of title 11 of the United States Code for a period of 180 days of this Order; it is further

ORDERED that the debtors in the respective Cases will pay all outstanding fees owed to the U.S. Trustee not later than seven days after entry of this Order.

SO ORDERED AND ADJUDGED.

Signed on 10/01/2025

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

United States Trustee Lisa Lambert

By:*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young
United States Department of Justice
Office of the United States Trustee
1100 Commerce St. Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

WALL007, LLC
WALL009, LLC
WALL010, LLC
WALL011, LLC
WALL012, LLC
WALL016, LLC
WALL017, LLC
WALL018, LLC
WALL019, LLC
SEAGOVILLE FARMS, LLC

Cortney Thomas, Receiver

By:*/s/ C. Alan Carrillo (w/permission)*
C. Alan Carrillo
Attorney for Cortney Thomas, Receiver
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
alan@brownfoxlaw.com

Dated September 26, 2025

________________________________
Judge Brenda T. Rhodes
United States Bankruptcy Judge

United States Bankruptcy Court

Eastern District of Texas

In re: Case No. 22-41137-btr
WALL017, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4 User: admin Page 1 of 3
Date Rcvd: Oct 01, 2025 Form ID: pdf400 Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | WALL017, LLC, 3926 Vista Woods Drive, Carrollton, TX 75007-2428 |
| cr | | Fei Gao, No. 65, Xisl Bei'ertiao, Xicheng District, Beijing, China |
| cr | | Fuqing Chen, 5 Yi-808, Qianhe Gardent, No. 108 Beisihuan Donglu, Chaoyang District, Beijing, China |
| cr | + | Gao Huaizhen, c/o William A Pigg, PLLC, 10455 N Central Expressway, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Guogin Zhou, 22-2, Xinda Yinjun Xiangyuan, No. 777 Xijao Rd., Yuecheng District, Shaoxing City, Zhejiang Province, China |
| cr | | Jiaxiang Lu, Zone 1-196, Luozjizhuang Xiyuan, Wenxin Community, Xihu District, Hangzhou, Zhejiang, China |
| cr | + | Ma Jinghui, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Qin Chu, No. 13 Plant Builiding, 8 Hangdu Rd.,, Damaiwan Industrial District, Hangtou Town Pudong New Area, Shanghai, China |
| cr | + | Qu Yi, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Song Jia Yu, c/o Cal Hua, 2-1-202 Shimao Aolin Garde, No. 1 Qinglin Rd., Chao Yang District, Beijing, China |
| cr | + | Sun Yun, c/o William A Pigg, PLLC, 10455 N Central Expwy, Suite 109, Dallas, TX 75231 UNITED STATES 75231-2215 |
| cr | | Tang Di Ina, F05-05C, Fenglin Lyzhou, Daturn Rd., Chaoyang District, Beijing, China |
| cr | | Wanj ia Sun Tulsa, E908414012-I-022 Shimao Aolin Garden, No. 1 Qinglin Road, Chaoyang District, Beijing, China |
| cr | | Xiaomin Zen, E-8D, Huating Jiayan, No. 6 Beisihuan Zhonghu, Chaoyang District, Beijing China |
| cr | | Xu Hai Long, c/o Cal Hua, 2-1-202, Shimao Aolin Garden, No. 1 Qinglin Road, Chaoyang District, Beijing China |
| cr | | Yang Hairuo, 9-1302, No. 100 Lane, Yushan Rd., Pudong District, Shanghai, China |
| cr | | Ying Wai, 13-5-502 Yuefu Jiangman, Ongding Road, Haidan District, Beijing, China |
| cr | | Zhong Guo Feng, 2-2-7C, No. 9 Beiwa Road, Haidian District, Beijing, China |
| 8178704 | | Du Hui Ting, c/o Cai Hua 2-2-202, 2-1-202 Shimao Aolin Garden No 1 Qinglin, Chaoyang District, Beijing China |
| 8178705 | | Fan Xiaomin Jing Shi, E-8D, Huating Jiayuan No 6, Beisihuan Zhonglu, Chaoyang District, Beijing, China |
| 8178706 | | Fei Gao, No.65, Xisi Bei'ertiao,, Xicheng District, Beijing, China |
| 8178707 | | Fu Hanjiang, 1-1-201 Yaojiang Fucum, Shangcheng District, Hangzhou, Zhejiang, China |
| 8178708 | | Fuqing Chen, 5 Yi -808, Qianhe Garden,, No.108 Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178709 | | Guoqin Zhou, 22-2, Xinda Yinjun Xiangyuan,, No.777 Xijiao Rd.,Yuecheng District,, Shaoxing City, Zhejiang Province, China |
| 8178712 | + | HR Sterling, 13901 Midway Raod, Suite 102, Dallas, TX 75244-4388 |
| 8178710 | | Hairuo Yang c/o Hairuo Yang, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |
| 8178711 | | He Dian Hong Ina, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo, Zhejiang,, China |
| 8178713 | | Jiaxiang Lu., Zone 1-196, Luojiazhuang Xiyuan,, Wenxin Community, Xihu District,, Hangzhou, Zhejiang, China |
| 8178715 | | Jun Cai, c/o Zhu Xiangdong, 2-8-1705, Lvdi Haiwaitan Garden, Yunfei Road, Jiangbei District, Ningbo Zhejiang China |
| 8178716 | + | Larry Martin, 3069 Waterside Circle, Boynton Beach, FL 33435-6401 |
| 8178717 | | Li Hongsheng, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178718 | | Li Huijun c/o Sun Nanjin, Room 1804, Block 11, Hanlinyuan,, 608 Linquan St., Suzhou Industrial Park,Jiangsu China. |
| 8178719 | | Luo Ai Guo, 2-2-1401, Xiyuan Jialvjingyuan, Dongxiyuan, Xihu District, Hangzhou, Zhejiang, China |
| 8185444 | + | Ma Jinghui, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8178720 | | Qin Chu, No.13 Plant Building,No 8 Hangdu Rd.,, DamaiwanIndustrial District,Hangtou Town, Pudong New Area,Shanghai,China |
| 8185448 | + | Qu Yi, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8178721 | | Ruiling Xiao, 1-5-101, No.89,, Beisihuan Donglu,, Chaoyang District, Beijing, China |
| 8178722 | | Song Jia Yu c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin Rd.,, Chao yang District,Beijing, China |
| 8185447 | + | Sun Yun, c/o William A. Pigg, PLLC, 10455 N. Central Expressway, Suite 109, Dallas, Texas 75231-2215 |
| 8178724 | | Tang Di Ina, F05-05C,Fenglin Lvzhou,Datun Rd,, Chaoyang District,Beijing, China |
| 8178725 | + | Vance McMurray, 508 W. Lookout Drive, Ste. 17-74, Richardson, TX 75080-2176 |
| 8178726 | | Wang Baohu, c/o Ding Fang, No. 2. Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178727 | | Wang Yun, c/o Ding Fang, No2, Lane 218, Xiuyan Xi Road, Poudong, Shanghai, China |
| 8178728 | | Wanj ia Sun Tulsa, E908414012-l-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beijing, China |
| 8178729 | | Xiaomin Fan, E-8D, Huating Jiayuan,, No. 6 Beisihuan Zhonglu,, Chaoyang District, Beijing, China |
| 8178730 | | Xu Chao, 6A-1203 Nuode Int'l Quanhai-Yanhu Lukou, Nanshan District, Shenzhen, Guangdong, China |
| 8178731 | | Xu Hai Long c/o Cai Hua, 2-1-202,Shimao Aolin Garden,, No 1 Qinglin, Road,, Chaoyang District,Beij ing, China |
| 8178732 | | Yang Hairuo, 9-1302, Lane 100, Yushan Road,, Pudong District, Shanghai, China |

| | |
|---|---|
| 8178733 | Yi Qu, F/6 South Building, Suyue Plaza,, Suzhou Industrial Park, Suzhou City,, Jiangsu Province, China |
| 8178734 | Ying Wai, 13-3-502, Yuefu Jiangnan,, No.Yi-I, $ Y ongding Road,, Haidian District, Beijing, China |
| 8178735 | Zhangzong, c/o Ding Fang, no 2 Lane 218, Xiuyan Xi Road, Pudong, Shanghai, China |
| 8178736 | Zhong Guo Feng, 2-2-7C, No.9 Beiwa Road,, Haidian District,Beij ing,China |

TOTAL: 52

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8193594 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2025 03:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8178723 | + | Email/Text: smetzger@pmklaw.com | Oct 02 2025 03:48:00 | Steve Metzger, 3626 N Hall Street, Suite 800, Dallas, TX 75219-5133 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Jie Fang Lu, c/o Zhang Heing, Rm. 503, Building 10, Yichengmingyuan BDA, Daxing District, Beijing 10017 + |
| 8178714 | | Jie Fang Lu c/o Zhang Heng., Rm, 503,Building, 10,, Yichengmingyuan, BDA, Daxing District,Beijing 10017 6 |
| cr | * | Hairuo Yang, c/o Hairuo Yang, 9-1302, Lane 100, Yushan Road, Pudong District, Shanghai, China |
| cr | * | Li Huijun, c/o Sun Nanjin, Room 1804, Block 11 Hanlinyuan, 608 Linquan St., Suzhou Industrial Park, Jiangsu China |
| cr | * | Ruiling Xiao, 1-5-101, No. 89, Beisihuan Donglu, Chaoyang District, Beijing, China |
| 8178989 | * | Fei Gao, No.65, Xisi, Bei'ertiao,, Xicheng District,, Beijing, China |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric A Liepins | on behalf of Debtor WALL017 LLC liepinse@lanwt.org, griffinj@lanwt.org |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| William A Pigg | on behalf of Creditor Ma Jinghui wapigg@pigglawfirm.com |
| William A Pigg | on behalf of Creditor Qu Yi wapigg@pigglawfirm.com |

William A Pigg
on behalf of Creditor Sun Yun wapigg@pigglawfirm.com

William A Pigg
on behalf of Creditor Gao Huaizhen wapigg@pigglawfirm.com

TOTAL: 6